UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE KENNETH STUCKEY,

    Plaintiff,

v.

D. HOWARD, et al.,

    Defendants.

Case No. 19-cv-03691-YGR (PR)

**ORDER STAYING ACTION AND REFERRING FOR SETTLEMENT PROCEEDINGS; DIRECTIONS TO CLERK; AND TERMINATING PENDING MOTIONS AS MOOT**

Plaintiff, a state prisoner currently incarcerated at Pelican Bay State Prison ("PBSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging various violations of his federal civil rights against several PBSP officials.

Defendants' attorney, Deputy Attorney General Robert W. Henkels, has filed a motion for referral to the Pro Se Prisoner Mediation Program in order for a settlement conference to be scheduled to resolve their disputes and for the case be stayed in anticipation of settlement proceedings.[1]  Dkt. 38.  Such requests are GRANTED.

Accordingly, the Court hereby REFERS this case to Magistrate Judge Robert M. Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program.  Such proceedings shall take place within 120 days of the date this Order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit.  Magistrate Judge Illman shall coordinate a place, time and

---

[1] Attorney Henkels states that Plaintiff has "several ongoing actions against the California Department of Corrections and Rehabilitation [("CDCR")] ongoing before this Court, and he has recently served settlement demands in each."  Dkt. 38 at 2.  Attorney Henkels adds that "[c]ounsel for defendants in three of those matters are working together to determine whether they may resolve all such cases in a global settlement."  *Id.* (citing Henkels Decl. ¶¶ 4-6); *see Stuckey v. Howard*, Case No. 19-cv-03691-YGR (PR), *Stuckey v. Woods*, Case No. 19-cv-03780-YGR (PR), *Stuckey v. Knight*, Case No. 19-cv-05460-YGR (PR).  Attorney Henkels also notes that Plaintiff has filed other cases that are currently before this Court, including *Stuckey v. Sturdevant*, Case No. 20-cv-01898-YGR (PR) and *Stuckey v. CDCR*, Case No. 20-cv-05886-YGR (PR).  Henkels Decl. ¶ 4.  Attorney Henkels adds as follows: "Plaintiff has served settlement demands in this case, in *Knight*, and in *Woods*.  After speaking with [Defendants' counsel in Plaintiff's other matters], and with my supervisor, we believe it to be in the best interests of all parties and of the Court to make a concerted effort to see if we can resolve all the cases together through a global settlement process."  *Id.* ¶ 5.

date for one or more settlement conferences with all interested parties and/or their representatives and, within ten (10) days after the conclusion of all settlement proceedings, shall file with the Court a report thereon.

The Clerk of the Court is directed to serve Magistrate Judge Illman with a copy of this Order, and with a copy of the Court's January 29, 2020 Order of Partial Dismissal and Service, and to notify Magistrate Judge Illman that a copy of the court file can be retrieved from the Court's electronic filing database.

In view of the referral, further proceedings in this case are hereby STAYED. The Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court. If the case is not settled, the Court will enter a new scheduling order for further proceedings. Thus, at this time, all pending motions are TERMINATED as moot, including Plaintiff's motion to compel discovery and Defendants' motion for an extension of time to file a dispositive motion. Dkts. 32, 41.

This Order terminates Docket Nos. 32, 38 and 41.

IT IS SO ORDERED.

Dated: December 8, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

cc: Magistrate Judge Robert M. Illman