UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>　　　　Plaintiff,8<br><br>　　v.<br><br>D. HOWARD, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03691-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff Andre Kenneth Stuckey, a frequent filer, has filed several actions in this Court, and the instant case is his only remaining open action.

　　　In an Order dated July 10, 2023, the Court directed plaintiff to inform the Court of his current address and of his continued intent to prosecute this action. Dkt. 72. The Court informed plaintiff that if he failed to do so within twenty-eight days, this action would be dismissed without prejudice for failure to prosecute. *See id.*

　　　On July 20, 2023, the Court's July 10, 2023 Order, which had been mail to plaintiff at his last-known address, was returned to the Court as undeliverable with the envelope marked with the following notation: "RETURN TO SENDER [,] ATTEMPTED – NOT KNOWN [,] UNABLE TO FORWARD." Dkt. 73. Plaintiff's last communication with the Court was when he filed a document dated October 24, 2021, which is almost two years ago. Dkt. 64.

　　　Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable,

and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail directed to plaintiff by the Court was returned as undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:  September 19, 2023

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge